FILED

2017 MAY 16 AM 11: 29

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:17-cr-235-T-27MAP
8 U.S.C. § 1326(a) and (b)(1)

JUAN MORALES-ANDRADE
a/k/a "Juan Victor Rodriguez-Rodriguez"
a/k/a "Juan Rodriguez"
a/k/a "Francisco Martinez-Figueroa"

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 12, 2017, in the Middle District of Florida, the defendant,

JUAN MORALES-ANDRADE,
a/k/a "Juan Victor Rodriguez-Rodriguez",
a/k/a "Juan Rodriguez",
a/k/a "Francisco Martinez-Figueroa",

being an alien of the United States, who previously had been convicted of a felony offense, namely:

> Being Found in the United States After Deportation, in violation of 8 U.S.C. § 1326(a), on July 19, 2016,

and was thereafter deported, excluded, and removed from the United States on or about July 28, 2016, after prior removals on or about January 2, 2004, on or about June 27, 2004, and on or about June 29, 2004, and who had not

received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:
Jennifer L. Peresie
Assistant United States Attorney

By:
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JUAN MORALES-ANDRADE

**INDICTMENT**

Violations:

8 U.S.C. § 1326(a) and (b)(1)

A true bill,

Foreperson

Filed in open court this 16th day of May 2017

Clerk

Bail $________________

GPO 863 525